NO. 07-05-0112-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 4, 2006
_____

FIRST STATE BANK,

Appellant

v.

BACC FARMS, LTD. and ROCKIN' LAZY S CATTLE CO., INC.,

Appellees
_____

FROM THE 69th DISTRICT COURT OF MOORE COUNTY;

NO. 04-32; HON. RON ENNS, PRESIDING
_____

*Memorandum Opinion*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

First State Bank, appellant, and BACC Farms, Ltd. and Rockin' Lazy S Cattle Co., Inc., appellees, have filed a joint motion to reverse judgment pursuant to a settlement agreement. So too do they ask that we remand the cause to the trial court for entry of an order dismissing the suit with prejudice. Per the request of the parties, we grant the motion, reverse the judgment, and remand the cause to the trial court to effectuate the settlement agreement. *See Dunn v. Canadian Oil & Gas Services, Inc.*, 908 S.W.2d 323

(Tex. App.–El Paso 1995, no pet.) (authorizing such relief).  Having reversed the judgment and remanded the cause to the trial court at the request of the parties, no motion for rehearing will be entertained and our mandate shall issue forthwith.

Brian Quinn
Chief Justice